FILED

APR 28 2026

CLERK U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Case No: 2:26mj158
                                  )          Court Date: May 1, 2026
DANIEL A. R. COLOM,               )
        Defendant.                )

## CRIMINAL INFORMATION

### COUNT ONE
Misdemeanor – Violation Notice E2102060

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 9, 2026, at Naval Station Norfolk, Norfolk, Virginia, on lands

acquired for the use of the United States and within the special maritime and territorial

jurisdiction thereof, in the Eastern District of Virginia, the defendant, DANIEL A. R. COLOM,

did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

    (In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of
Virginia, Sections 18.2-266 and 18.2-270.)

                                  Respectfully submitted,

                                  Todd. W. Blanche
                                  Acting Attorney General

                                  *Ashley J. Young*

                                  Ashley J. Young
                                  Special Assistant U.S. Attorney
                                  Virginia Bar No. 96030
                                  U.S. Attorney's Office
                                  101 West Main Street, Suite 8000
                                  Norfolk, Virginia 23510
                                  Phone: (757) 441-6712
                                  Email: Ashley.Young@usdoj.gov

<u>CERTIFICATE OF MAILING</u>

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
Virginia Bar No. 96030
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

28 April 2026

Date